UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNULFO BERMUDEZ, et al.,

              Plaintiffs,

-against-

ALEXANDRA BENENSON, et al.,

              Defendants.

**ORDER**

22-CV-01718 (PMH)

PHILIP M. HALPERN, United States District Judge:

      A Case Management Conference was held on March 14, 2023. Counsel for all parties appeared. As discussed on the record, discovery in this matter closed on January 13, 2023, pursuant to the Civil Case Discovery Plan and Scheduling Order. (*See* Doc. 22). The Court, accordingly, directed that the parties: (i) meet and confer regarding pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices; (ii) file such materials by April 28, 2023; and (iii) will be placed on 5-days' trial notice beginning **May 1, 2023**.

                                                  **SO ORDERED:**

Dated:  White Plains, New York
          March 14, 2023

                                              PHILIP M. HALPERN
                                              United States District Judge