**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ARNULFO BERMUDEZ and STEVEN ALLAN
FERNANDEZ
                              ,
                         *Plaintiff*,                           **Index No.** 22-cv-1718


              -against-


ALEXANDRA BENENSON, JAMES KEENAN
and REBELLIOUS STABLES, INC.
.

                         *Defendants.*
-------------------------------------------------------X

## JOINT REQUEST FOR ONE WEEK EXTENSION TO FILE PRE-TRIAL MATERIALS

Dear Judge Halpern,

        The Parties in the above-captioned civil action, through their undersigned counsel, write to respectfully request a one-week extension of the time to file pre-trial materials under 6(A) and 6(B) of the Court's individual rules, from April 28, 2023 to May 5, 2023.  The Parties have been working diligently to complete these filings, however some last-minute scheduling conflicts have necessitated this request for a brief extension as the Parties work to finalize the final pieces of these filings.

        The Parties thank the Court for its time and consideration of this request.


Respectfully submitted,


/s/ *Colin Mulholland, Esq.*                          /s/ *David S. Schwartz, Esq.*
Colin Mulholland, Esq.                               David S. Schwartz Law, PLLC
30-97 Steinway Street                                30 Broad Street, 14th Floor
Suite 301-A                                          New York, New York 10004
Astoria, New York 11103                             (212) 774-9420
Telephone: (347) 687-2019                           Dschwartz@dssslawfirm.com
*Attorney for Plaintiffs*                            *Attorney for Defendants Benenson*
                                                    *and Rebellious Stables*

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            April 28, 2023