# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

June 5th, 2023

Honorable Philip M. Halpern  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

Re: Bermudez et al v. Benenson et al 22-cv-1718 (PMH)

Your Honor,

The parties have a draft in circulation and need to iron out just a few final pieces of language. If the Court would so permit, the parties would respectfully request an additional two weeks to submit the settlement agreement for Cheeks approval.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

Application granted. The parties' time to file their *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, is extended to June 20, 2023.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 36.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: White Plains, New York  
       June 6, 2023