UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNULFO BERMUDEZ, et al.,

        Plaintiffs,

-against-

ALEXANDRA BENENSON, et al.,

        Defendants.

**ORDER**

22-CV-01718 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 6, 2023, the parties requested, and the Court granted, an extension of time to file their *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, to June 20, 2023. The parties have not filed their *Cheeks* submission. Accordingly, the parties are directed to file their *Cheeks* submission by July 10, 2023. No further adjournments or extensions of the *Cheeks* submission deadline will be granted.

Dated: White Plains, New York
       June 30, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge