# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street   Telephone: (347) 687-2019
Suite 308   cmulhollandesq@gmail.com
Astoria, NY 11106

August 4th, 2023

Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Bermudez et al v. Benenson et al 22-cv-1718 (PMH)

Your Honor,

The parties have discussed the form of a proposed limited release that we think will accommodate the concerns raised by the Court.  If the Court would so permit, the parties would respectfully request an additional week to obtain an executed copy of a revised agreement incorporating a proposed limited release.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

Application granted. The parties' time to file their revised *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, is extended to August 14, 2023.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 43.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         August 7, 2023